IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**WILBER G. MCMASTERS,**
     **Plaintiff**

vs.                              Civil Action No.: 1:07-CV-75

**G. ROBERT ULLMAN, individually
and as an employee of Brothers' Trucking
Co. Inc., EDWARD H. BROTHERS, JR.,
President, THERESA I. BROTHERS, Secretary/
Treasurer, OWEN MCKINNEY, Vice
President and ALL OFFICERS OF BROTHERS'
TRUCKING CO., INC.**

## AGREED ORDER SUBSTITUTING AND DISMISSING DEFENDANTS

Comes now Plaintiff, Wilber McMasters, by and through his attorney, Ron L. Tucker, and also the Defendants', Edward H. Brothers, Jr., Theresa I. Brothers, and Owen McKinney, Officers of Brothers Trucking Co., Inc., by and through their attorney, Melvin O'Brien, for the purpose of announcing to the Court, that the parties have entered into an agreement whereby Brothers' Trucking Co., Inc., will be substituted for the named defendants' Edward H. Brothers, Jr., Theresa I. Brothers, and Owen McKinney.

The aforementioned named defendants are hereby dismissed in their capacity as corporate officers.

ENTER: _____  July 12, 2007
             Judge

/s/_____
Ron L. Tucker, Esquire
Plaintiff's Counsel


/s/_____
Melvin O'Brien, Esquire
Defendant's Counsel