```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**WILBER G. MCMASTERS,**

      **Plaintiff,**

**v.**                      //    CIVIL ACTION NO. 1:07CV75
                                  (Judge Keeley)

**G. ROBERT ULLMAN, individually
and as an employee of Brothers'
Trucking Co., Inc., and
BROTHERS' TRUCKING CO., INC.,**

      **Defendants.**

## ORDER SETTING SCHEDULING CONFERENCE

On August 6, 2007, at the beginning of the scheduling conference in this case, the parties advised the Court that defendant Brothers' Trucking Co., Inc., had initiated bankruptcy proceedings in the courts of Pennsylvania and no action had yet been taken in an attempt to lift the automatic stay imposed by such proceedings so as to permit the parties to proceed with this case. Accordingly, the Court **CONTINUED** the scheduling conference until **Tuesday, September 11, 2007 at 4:45 p.m.** in order to permit the parties to request the bankruptcy court to lift its stay.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: August 7, 2007.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE