IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**WILBER G. MCMASTERS,**

      **Plaintiff,**

v.                    //    CIVIL ACTION NO. 1:07CV75
                                     (Judge Keeley)

**G. ROBERT ULLMAN, individually
and as an employee of Brothers'
Trucking Co., Inc., and
BROTHERS' TRUCKING CO., INC.,**

      **Defendants.**

## ORDER

On September 11, 2007, the parties informed the Court that the stay in the defendant, Brothers' Trucking Co., Inc.'s, bankruptcy proceedings has not been lifted. Accordingly, the Court directs counsel for the plaintiff to notify the Court when the stay is lifted.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 12, 2007.

                                             /s/ Irene M. Keeley
                                           IRENE M. KEELEY
                                           UNITED STATES DISTRICT JUDGE