```
     IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**WILBER G. MCMASTERS,**

    **Plaintiff,**

**v.**                      **//**    **CIVIL ACTION NO. 1:07CV75**
                                      **(Judge Keeley)**

**G. ROBERT ULLMAN, individually
and as an employee of Brothers'
Trucking Co., Inc., and
BROTHERS' TRUCKING CO., INC.,**

    **Defendants.**

## ORDER DENYING MOTION TO DISMISS AS MOOT

On June 11, 2007, then-defendants Owen McKinney, Edward H. Brothers, Jr, and Theresa I. Brothers filed a motion to dismiss (doc. no. 4). On July 11, 2007, the parties submitted a proposed joint order dismissing those defendants from the case and substituting Brother Trucking Co.,Inc. as a defendant. This Court entered that order on July 12, 2007. Therefore, defendants' motion to dismiss (doc. no. 4) is **DENIED AS MOOT**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 27, 2007.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE