```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**WILBER G. MCMASTERS,**

    **Plaintiff,**

**v.**                   //    CIVIL ACTION NO. 1:07CV75
                                  (Judge Keeley)

**G. ROBERT ULLMAN, individually
and as an employee of Brothers'
Trucking Co., Inc.,
BROTHERS' TRUCKING CO., INC.,**

    **Defendants.**

## ORDER SCHEDULING SCHEDULING CONFERENCE

The Court will conduct a scheduling conference on **October 24, 2007, at 4:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**. Counsel for defendant shall notify plaintiff's counsel no later than 2:00 p.m. on October 23, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 18, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE