## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## AT CLARKSBURG

| | | |
|---|---|---|
| WILBER G. McMASTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-0075 |
| | ) | |
| G. ROBERT ULLMAN, individually and as | ) | JUDGE KEELEY |
| an employee of BROTHERS' TRUCKING CO., | ) | |
| INC, and BROTHERS' TRUCKING CO., | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING DEFENDANTS' MOTION TO EXTEND MEDIATION DEADLINE

AND NOW, to wit, this 28th day of November, 2007, upon consideration of the Defendants' Motion to Extend Mediation Deadline, and good cause having been shown, it is hereby **ORDERED** that the mediation deadline shall be extended from December 15, 2007 to January 15, 2008.

By the Court:

_____
Honorable Irene M. Keeley, Judge